UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOHN PEROTTI,   )
                )
     Plaintiff, )          3:08-CV-00388-LRH-VPC
                )
v.              )
                )          ORDER
ATLANTIS TECHNOLOGY GROUP, INC., )
                )
     Defendant. )
                )

Before the court are six motions: Defendant's Motion to Proceed Pro Se (#3[1]); Defendant's Motion to Dismiss (#5); Defendant's August 12, 2008, Motion for Summary Judgment (#10); Plaintiff's August 18, 2008, Motion to Suspend Motion for Summary Judgment Until Completion of Discovery (#14); Defendant's August 26, 2008, Motion for Summary Judgment (#17); and Plaintiff's September 16, 2008, Motion to Suspend Second Motion for Summary Judgment Until Completion of Discovery (#19).

Plaintiff John Perotti alleges Defendant Atlantis Technology Group, Inc. violated the Securities Exchange Act by making false statements in connection with the sale of securities. As noted, the parties have filed several motions. However, because Defendant Atlantis Technology Group, Inc. is not currently represented by counsel, the court need only rule on the merits of the

---

[1]Refers to the court's docket

1   first of these motions: Defendant's motion to proceed pro se.

2       Defendant's motion to proceed pro se will be denied.  It is well established that a
3   corporation may appear in federal court only through licensed counsel.  *E.g.*, *United States v. High*
4   *Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Further, because Defendant is currently
5   unrepresented, its remaining motions are denied without prejudice.

6       IT IS THEREFORE ORDERED that Defendant's Motion to Proceed Pro Se (#3) is
7   DENIED.  Defendant must obtain counsel to file a notice of appearance within 30 days.  Upon
8   appearance of counsel for Defendant, this case will be referred to the magistrate for a case
9   management conference.  If counsel does not appear on behalf of Defendant, Plaintiff may seek
10  appropriate relief.

11      IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (#5) is DENIED without
12  prejudice.

13      IT IS FURTHER ORDERED that Defendant's August 12, 2008, Motion for Summary
14  Judgment (#10) is DENIED without prejudice.

15      IT IS FURTHER ORDERED that Plaintiff's August 18, 2008, Motion to Suspend Motion
16  for Summary Judgment Until Completion of Discovery (#14) is DENIED as moot.

17      IT IS FURTHER ORDERED that Defendant's August 26, 2008, Motion for Summary
18  Judgment (#17) is DENIED without prejudice.

19      IT IS FURTHER ORDERED that Plaintiff's September 16, 2008, Motion to Suspend
20  Second Motion for Summary Judgment Until Completion of Discovery (#19) is DENIED as moot.

21      IT IS SO ORDERED.

22      DATED this 24th day of February 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2