# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN PEROTTI,

    Plaintiff,

vs.

ATLANTIS TECHNOLOGY GROUP, INC.,

    Defendant.

3:08-cv-00388-LRH-(VPC)

**ORDER**

Before the court is Defendant's Motion to Reconsider and or Extention (sic) (#27[1]). As set forth in this court's earlier order (#26), a corporation may appear in federal court only through licensed counsel. Defendant's motion is denied as to the motion for reconsideration. Defendant is granted an additional 30 days from entry of this order in which to obtain counsel. Upon appearance of counsel for Defendant, this case will be referred to the Magistrate Judge for a case management conference. If counsel does not appear on behalf of Defendant, Plaintiff may seek appropriate relief.

IT IS THEREFORE ORDERED that Defendant's Motion to Reconsider and or Extention (sic) (#27) is **GRANTED IN PART and DENIED IN PART**

DATED this 30th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.